District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAUREEN ACHIENG ASIMBA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-01216-TL<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>March 4, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01216-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 4th day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICES OF CAROL L. EDWARD & ASSOCIATES, P.S. |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ Julia C. Hunter*<br>JULIA C. HUNTER, WSBA#56233<br>Law Offices of Carol L. Edward & Associates, P.S.<br>500 Denny Way<br>Seattle, Washington 98109<br>Phone: 206-956-9556<br>Email:  julia@seattle-immigration.com<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

### [~~PROPOSED~~] ORDER

The case is dismissed without prejudice with each party to bear their own costs and fees.  It is so **ORDERED**.

DATED this 4th day of March, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01216-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800